# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Loretta Blakeney-Herron**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00539-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| USA**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 21, 2013 Order.

September 23, 2013

Frank G. Johns, Clerk
United States District Court